NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALEJANDRO BAEZ-GARCIA, DOC #H41234, )
)
        Appellant, )
)
v. )    Case No. 2D18-1355
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)


Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County, Jalal Harb, Judge.

Alejandro Baez-Garcia, pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.